UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| V. | )   CASE NO. 12-0636-KD-M |
| | ) |
| $63,125.80 IN U.S. CURRENCY HELD IN | ) |
| BANKTRUST ACCOUNT NO. ENDING | ) |
| IN 2425, IN THE NAME OF SIYA | ) |
| INVESTMENTS, INC., D/B/A SPUDDS #1 | ) |
| and $99,001.62 IN U.S. CURRENCY HELD | ) |
| IN BANKTRUST ACCOUNT NO. ENDING | ) |
| IN 2417 IN THE NAME OF NASEEB | ) |
| ENTERPRISES, INC., D/B/A SPUDDS #2, | ) |
| | ) |
|    Defendants. | ) |

## JUDGMENT OF FORFEITURE

Pursuant to the Order entered this day, plaintiff's Motion for Order and Judgment of Forfeiture is GRANTED and JUDGMENT is hereby entered as follows:

1. The sum of $144,127.42, of the defendant $162,127.42, is forfeited to the United States for disposition according to law, pursuant to 31 U.S.C. §5317(c)(2);

2. The sum of $18,000.00 of the defendant $162,127.42, is to be returned to claimant, by and through its attorney, P. Bradley Murray, Esquire.

3. Each party is to bear its own costs.

**Done** and **ordered** this the 16th day of September 2013.

                                         s/ Kristi K. DuBose
                                         **KRISTI K. DuBOSE**
                                         **UNITED STATES DISTRICT JUDGE**